# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONXAI RASAKHAMDEE,<br><br>                  Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, et al.,<br><br>                  Respondents. | Case No.: 3:26-cv-00253-RBM-DEB<br><br>**ORDER DENYING AS MOOT PETITION [Doc. 1] AND MOTION FOR TEMPORARY RESTRAINING ORDER [Doc. 3]** |

    The Court previously ordered the Parties to file a Joint Status Report on or before February 3, 2026 indicating whether Petitioner has been successfully removed to Laos. (Doc. 8 at 1–2.) The Parties timely filed a Joint Status Report. (Doc. 9.) In the Joint Status Report, the Parties represent "that Petitioner was removed to Laos on January 29, 2026." (*Id.* at 1.)

    Accordingly, the Court **DENIES AS MOOT** the Petition for Writ of Habeas Corpus (Doc. 1) and the Motion and Memorandum of Law in Support of Temporary Restraining Order (Doc. 3). The Clerk of Court is directed to **CLOSE** the case.

    **IT IS SO ORDERED.**

DATE: February 3, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE